Randy Renick (SBN 179652)
rrr@hskrr.com
Cornelia Dai (SBN 207435)
cdai@hskrr.com
Reem Salahi(SBN 259711)
reem@hskrr.com
HADSELL STORMER KEENY
RICHARDSON & RENICK, LLP
128 North Fair Oaks Avenue
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI RICHARDS AND JORGE INIESTRA on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY PARKS AND RESORTS, INC. AND DOES 1-100;<br><br>Defendants. | Case No. SACV 11-00298-CJC(AGRx)<br><br>**[~~PROPOSED~~] ORDER RE: DISMISSAL OF THIS ACTION** |

Plaintiffs have submitted a Notice of Voluntary Dismissal without prejudice of this action pursuant to Fed. R. Civ. P. 41(a)(1). The pleadings of this case reflect that no class has been certified, there is no receiver and neither an answer nor a motion for summary judgment has been filed in this matter.

It is therefore ORDERED, ADJUDGED and DECREED that this matter is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1), and each party is responsible for bearing its own costs of litigation.

DATED: _May 17, 2011_____    By:_____
                                     The Honorable Cormac J. Carney
                                     United States District Court Judge